IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION


TARVIN JERNARD,

            Plaintiff,                    *

vs.                                        *
                                                  CASE NO. 4:11-CV-17 (CDL)
BRIAN OWENS, et al.,                 *
                                           *
            Defendants
                                           *


ORDER ON REPORT AND RECOMMENDATION
BY UNITED STATES MAGISTRATE JUDGE


      After a *de novo* review of the record in this case, the Report
and Recommendation filed by the United States Magistrate Judge on
April 18, 2011 is hereby approved, adopted, and made the Order of
the Court.

      The objections of the Petitioner have been considered and are
found to be without merit.

      Plaintiff's motion for preliminary injunction is denied.

      IT IS SO ORDERED, this 27th day of July, 2011.



                              s/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE