```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

TARVIN JERNARD,                  *

    Plaintiff              *

vs.                              *    CASE NO. 4:11-CV-17 (CDL)

BRIAN OWENS, et al.,             *

    Defendant              *

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on October 14, 2011. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

IT IS SO ORDERED, this 30th day of November, 2011.

                                      s/Clay D. Land
                                      CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE