```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION

TARVIN JERNARD,                      *

         Plaintiff,                  *

vs.                                  *
                                              CASE NO. 4:11-CV-17 (CDL)
WILLIAM W. ADAMSON, Warden,          *
GETER BOONE, et al.,
                                     *
         Defendants.
                                     *
```

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 10, 2012 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 12th day of June, 2012.

                              s/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE